## (December 10, 1943.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MORGAN APARTMENTS, INC., Appellant, against WILLIAM S. MILLER et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*Per Curiam.* After taking into consideration all relevant factors we think that the order should be modified by reducing the assessments as follows:

For the tax year 1940-1941:

| Lot No. | Land | Building | Total |
|---|---|---|---|
| 13 | $55,000 | $7,000 | $62,000 |
| 14 | 55,000 | 5,000 | 60,000 |
| 15 | 55,000 | 5,000 | 60,000 |

For the tax year 1941-1942:

| Land | Building | Total |
|---|---|---|
| $170,000 | $215,000 | $385,000 |

As so modified the order should be affirmed, with twenty dollars costs and disbursements to the relator.

Present — Townley, Glennon, Untermyer, Dore and Cohn, JJ.

Order unanimously modified as indicated in opinion, and, as so modified affirmed, with twenty dollars costs and disbursements to the relator-appellant. Settle order on notice.